IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jennifer Inskip, and Amber Aranda individually and on behalf of all similarly situated persons, | |
| Plaintiffs, | Case No. 1:22-CV-02862 |
| v. | Judge Andrea R. Wood |
| GOOD TASTE, INC., GOOD TASTE TWO, INC., GOOD TASTE THREE, INC. COZY CORNER DINER & PANCAKE HOUSE, INC., Ill. corporations IRENE IATRIDES, PETER IATRIDES, and MICHAEL KIDONAKIS, individually. | Magistrate Judge Heather K. McShain |
| Defendants. | |

**JOINT STATUS REPORT**

The Parties through their respective attorneys submit their Joint Status Report pursuant to this Court's December 13, 2024 order (Doc. # 34) and state as follows:

**Status of Settlement:**

The Parties have finalized their Class and Collective Settlement Agreement and Plaintiffs' counsel has prepared and is ready to file an unopposed motion for preliminary approval of the settlement. As of this date the Agreement has been signed by Defendants and one of the named Plaintiffs. Plaintiffs' counsel just needs to review the agreement with Named Plaintiff Amber Aranda and obtain her signature and has not been able to do so due to scheduling. Plaintiffs' counsel estimates that this will be accomplished in the next few days, at which time the Agreement will be fully executed and Plaintiffs' motion for preliminary approval will be filed.

Dated: December 13, 2024          Respectfully submitted,

/s/ *John Kunze*          /s/     *Stephanie Dinkel*
One of Plaintiffs' Attorneys          One of Defendants' Attorneys

David Fish          Stephanie M. Dinkel
John Kunze          Koehler Dinkel LLC
Workplace Law Partners, P.C.          900 S. Frontage Road, Suite 300
155 N. Michigan Ave., Suite 719          Woodridge, Illinois 60517
Chicago, IL 60601          (630) 505-9939
(312) 861-1800          sdinkel@kdllclaw.com
dfish@fishlawfirm.com
jkunze@fishlawfirm.com