## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jennifer Inskip, et al.

                         Plaintiff,

v.                                            Case No.: 1:22−cv−02862

                                            Honorable Andrea R. Wood

Good Taste Two, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

        MINUTE entry before the Honorable Heather K. McShain: Motion hearing on plaintiffs' unopposed Motion for Final Approval of Class Action Settlement, Attorneys' Fees, Costs, and Incentive Awards [101] held on 04/10/2025. Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement, Attorneys' Fees, Costs, and Incentive Awards [101] is granted for the reasons stated on the record. Enter Final Judgment and Order of Dismissal With Prejudice. The case is dismissed with prejudice. Civil case terminated. Mailed notice. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.